# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

    I am an employee currently or formerly employed by AM New York, Third Floor Promotions, and/or other entities as a promoter of AM New York newspaper. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Pearl T Evans_
Full Legal Name (Print)

_Pearl M. Evans_
Signature

_6/14/07_
Date