Rakoff, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-29-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
JAMES ALLEN on behalf of himself and
others similarly situated,

                Plaintiff,

    -against-

TRIBUNE NEW YORK NEWSPAPER
HOLDINGS, LLC d/b/a AM NEW YORK
and TRIBUNE COMPANY,

                Defendants.
------------------------------------------------------- x

07 Civ 4619 (JSR)

**STIPULATION**

    It is hereby stipulated and agreed, by and between the parties in the above-captioned matter and subject to the approval of the Court, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended from June 28, 2007 to July 12, 2007. No previous request for an extension of time has been made.

Dated:  New York, New York
          June 25, 2007

                                            Respectfully Submitted,

JOSEPH & HERZFELD LLP

By: _____
   Maimon Kirschenbaum (DK-2338)
757 Third Avenue, 25th Floor
New York, New York 10017
212-688-5640

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
   Edward Cerasia II (EC-8297)
101 Park Avenue
New York, New York 10178-0600
212.309.6000

*Attorneys for Defendants*

SO ORDERED:

Dated: New York, New York
       June 26, 2007

_____
Jed S. Rakoff
United States District Judge