UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JAMES ALLEN, CHARLES EVANS,
PEARL EVANS, GARY GRANT,
LORETTA GRANT, BILL MCNAIR and
SEAN SERRAO on behalf of themselves
and others similarly situated,

                        Plaintiffs,

              -against-                            07 Civ 4619 (JSR)

TRIBUNE NEW YORK NEWSPAPER
HOLDINGS, LLC d/b/a AM NEW YORK;
TRIBUNE COMPANY; MITCHELL'S
SUBSCRIPTION SERVICE LLC d/b/a LBN
CONSULTING, LLC; and MORNING
NEWSPAPER DELIVERY, INC.,

                        Defendants.
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk this Court and All Parties of Record:

    Enter my appearance as counsel in this case for Defendants Tribune New York Newspaper Holdings, LLC d/b/a am New York and Tribune Company.

    I certify that I am admitted to practice in this Court.

Dated: July 24, 2007

                        Respectfully submitted,

                        /s/ Edward Cerasia II
                        Edward Cerasia II
                        MORGAN, LEWIS & BOCKIUS LLP
                        101 Park Avenue
                        New York, New York 10178
                        Tel: 212.309.7011
                        Fax: 212.309.6001