UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JAMES ALLEN, CHARLES EVANS, :
PEARL EVANS, GARY GRANT, :
LORETTA GRANT, BILL MCNAIR and :
SEAN SERRAO on behalf of themselves :
and others similarly situated, :
 :
        Plaintiffs, :
 :
   -against- :  07 Civ 4619 (JSR)
 :
TRIBUNE NEW YORK NEWSPAPER :
HOLDINGS, LLC d/b/a AM NEW YORK; :
TRIBUNE COMPANY; MITCHELL'S :
SUBSCRIPTION SERVICE LLC d/b/a LBN :
CONSULTING, LLC; and MORNING :
NEWSPAPER DELIVERY, INC., :
 :
        Defendants. :
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk this Court and All Parties of Record:

 Enter my appearance as counsel in this case for Defendants Tribune New York Newspaper Holdings, LLC d/b/a am New York and Tribune Company.

 I certify that I am admitted to practice in this Court.

Dated: July 24, 2007

        Respectfully submitted,


        /s/ Christie Del Rey-Cone
        Christie Del Rey-Cone
        MORGAN, LEWIS & BOCKIUS LLP
        101 Park Avenue
        New York, New York 10178
        Tel: 212.309.7012
        Fax: 212.309.6001