RAKOFF, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- x
JAMES ALLEN, CHARLES EVANS,          :
PEARL EVANS, GARY GRANT,             :
LORETTA GRANT, BILL MCNAIR and       :
SEAN SERRAO on behalf of themselves and :
others similarly situated,           :

                    Plaintiffs,      :

                                     :      07 Civ 4619 (JSR)
        -against-
                                     :      STIPULATION
TRIBUNE NEW YORK NEWSPAPER           :
HOLDINGS, LLC d/b/a AM NEW YORK;     :
TRIBUNE COMPANY; MITCHELL'S          :
SUBSCRIPTION SERVICE LLC d/b/a LBN   :
CONSULTING, LLC; and MORNING         :
NEWSPAPER DELIVERY, INC.             :

                    Defendants.      :
----------------------------------------- x

It is hereby stipulated and agreed, by and between plaintiffs and defendants Tribune New

York Newspaper Holdings, LLC d/b/a am New York and Tribune Company (collectively the

"Tribune Defendants") and subject to the approval of the Court, that the Tribune Defendants'

time to answer, move or otherwise respond to the Amended Complaint in this action is extended

from July 26, 2007 to August 13, 2007. This is the Tribune Defendants' first request for an

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-26-07

extension of time to respond to the Amended Complaint.

Dated:    New York, New York
         July 24, 2007

Respectfully Submitted,

JOSEPH & HERZFELD LLP

By: _____
    Maimon Kirschenbaum (DK-2338)
757 Third Avenue, 25th Floor
New York, New York 10017
212-688-5640

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Edward Cerasia II (EC-8297)
101 Park Avenue
New York, New York 10178-0600
212.309.6000

*Attorneys for the Tribune Defendants*

SO ORDERED:

Dated:  New York, New York
        July 25, 2007

_____
Jed S. Rakoff
United States District Judge

-2-