## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES ALLEN ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED<br><br>Plaintiff<br>v.<br><br>TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC D/B/A AM NEW YORK, ET AL.<br><br>Defendant(s) | Case No.: 07 CV 4619 (JSR)<br><br>**AFFIDAVIT OF SERVICE**<br><br>ATTY:<br>JOSEPH & HERZFELD, LLP Attorneys at Law<br>757 Third Avenue, 25th Floor<br>New York, NY 10017 |

STATE OF NEW YORK: COUNTY OF KINGS     ss:

I, AMIR LEVY, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on JULY 28, 2007 at 10:01 AM at 115 FIG DRIVE, DIX HILLS, NY 11746, receipients RESIDENCE deponent served the within AMENDED SUMMONS AND VERIFIED COMPLAINT WITH JUDGE'S LOCAL RULES on MORNING NEWSPAPER DELIVERY, INC. therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to PAUL RIVVI personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the REGISTERED AGENT authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male   Race/Skin: White   Hair: Gray   Glasses: Yes   Approx. Age: 65   Height: 5'-11"   Weight: 300
Description of Door:
Distinguishing Features:

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Amir Levy, Lic. #1071579
JOSEPH & HERZFELD, LLP Attorneys at Law
757 Third Avenue, 25th Floor
New York, NY 10017
(212) 688-5640

Executed on: 7/30/07

Subscribed and sworn to before me, a notary public, on this 30th day of July, 2007.

_____   My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

# United States District Court

**Southern** DISTRICT OF **New York**

JAMES ALLEN, CHARLES EVANS, PEARL EVANS, GARY GRANT, LORETTA GRANT, BILL MCNAIR, and SEAN SERRAO on behalf of themselves and others similarly situated

Amended
**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07-cv-4619 (JSR)

TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC d/b/a AM NEW YORK; TRIBUNE COMPANY; MITCHELL'S SUBSCRIPTION SERVICE LLC d/b/a LBN CONSULTING, LLC; and MORNING NEWSPAPER DELIVERY, INC.

TO: (Name and address of defendant)

| Tribune New York Newspaper Holdings, LLC d/b/a AM New York c/o Corporation Service Company 80 State Street Albany, New York 12207-2543 | Tribune Company 435 North Michigan Avenue Chicago, Illinois 60611 | Mitchell's Subscription Service LLC d/b/a LBN Consulting, LLC 311 West 37th Street New York, NY 10018 | Morning Newspaper Delivery, Inc. 115 Fig Drive Dix Hills, NY 11746 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph & Herzfeld LLP
757 Third Avenue, 25th Floor
New York, NY 10017

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

JUL 0 9 2007

DATE