UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JAMES ALLEN, CHARLES EVANS,
PEARL EVANS, GARY GRANT,
LORETTA GRANT, BILL MCNAIR, and
SEAN SERRAO on behalf of themselves
and others similarly situated,

          Plaintiffs,

v.

TRIBUNE NEW YORK NEWSPAPER
HOLDINGS, LLC d/b/a AM NEW
YORK; TRIBUNE COMPANY;
MITCHELL'S SUBSCRIPTION
SERVICE LLC d/b/a LBN
CONSULTING, LLC; and MORNING
NEWSPAPER DELIVERY, INC.

          Defendants.
-------------------------------------------------------x

INDEX NO: 07-cv-4619 (JSR)

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

VIA ECF

        Plaintiffs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss all causes of action in the above-captioned matter against all Defendants without prejudice.

Dated: New York, New York
        August 13, 2007

Respectfully submitted,

JOSEPH & HERZFELD LLP

By: _____
    D. Maimon Kirschenbaum (DK-2338)

Charles E. Joseph (CJ-9442)
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 13, 2007, he caused a true and correct copy of the Plaintiffs' Notice of Voluntary Dismissal to be served by CM/ECF and first-class U.S. mail upon the counsel listed below:

Edward Cerasia, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

David S. Warner, Esq.
Littler Mendelson, P.C.
885 Third Avenue
16th Floor
New York, New York 10022-4834

By: _____
D. Maimon Kirschenbaum (DK-2338)

Joseph & Herzfeld LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff, proposed collective action members and proposed class*