Edward Cerasia II
Christie Del Rey-Cone
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York  10178-0600
212.309.6000

Attorneys for the Tribune Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
JAMES ALLEN, CHARLES EVANS, PEARL :
EVANS, GARY GRANT, LORETTA GRANT, :
BILL MCNAIR, and SEAN SERRAO on :
behalf of themselves and others similarly :
situated, :
 :
                Plaintiff, :      07-CV-4619 (JSR)
 :
       -against- :
 :
TRIBUNE NEW YORK NEWSPAPER :
HOLDINGS, LLC d/b/a AM NEW YORK; :
TRIBUNE COMPANY; MITCHELL'S :
SUBSCRIPTION SERVICE LLS d/b/a LBN :
CONSULTING, LLC; and MORNING :
NEWSPAPER DELIVERY, INC., :
 :
              Defendants. :
------------------------------------ x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: <u>Christie Del Rey-Cone</u>            .

☒       *Attorney*

☒       I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: CD-3467.

☐       I am a Pro Hac Vice attorney

☐     I am a Government Agency attorney

☐    ***Law Firm/Government Agency Association***

       From: _____

       To: _____

☐     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒     ***Address:***    Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178

☒     ***Telephone Number:*** 212-309-7012

☒     ***Fax Number:*** 212-309-6001

☒     ***E-Mail Address:***    cdelrey-cone@morganlewis.com

Dated: 8/15/07        /s/ Christie Del Rey-Cone