UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | |
|---|---|
| JAMES ALLEN, CHARLES EVANS, PEARL EVANS, GARY GRANT, LORETTA GRANT, BILL MCNAIR, and SEAN SERRAO on behalf of themselves and others similarly situated, | INDEX NO: 07-cv-4619 (JSR)<br><br>**PLAINTIFFS' NOTICE OF**<br>**VOLUNTARY DISMISSAL** |
| Plaintiffs, | VIA ECF |
| v. | |
| TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC d/b/a AM NEW YORK; TRIBUNE COMPANY; MITCHELL'S SUBSCRIPTION SERVICE LLC d/b/a LBN CONSULTING, LLC; and MORNING NEWSPAPER DELIVERY, INC. | |
| Defendants. | |

-----------------------------------------------------x

Plaintiffs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss all causes of action in the above-captioned matter against all Defendants without prejudice.

Dated: New York, New York
       August 13, 2007

Respectfully submitted,

JOSEPH & HERZFELD LLP

By: _____
    D. Maimon Kirschenbaum (DK-2338)

Charles E. Joseph (CJ-9442)
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiffs*

SO ORDERED
/s/ J.S. Rakoff
USDJ
8-20-07

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8-21-07]

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 13, 2007, he caused a true and correct copy of the Plaintiffs' Notice of Voluntary Dismissal to be served by CM/ECF and first-class U.S. mail upon the counsel listed below:

Edward Cerasia, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

David S. Warner, Esq.
Littler Mendelson, P.C.
885 Third Avenue
16th Floor
New York, New York 10022-4834

By: _____
D. Maimon Kirschenbaum (DK-2338)

Joseph & Herzfeld LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff, proposed collective action members and proposed class*