# EXHIBIT A



**"Maimon Kirschenbaum"**
**<Maimon@JHLLP.com>**
08/13/2007 04:17 PM

To  ECerasia@morganlewis.com,
cdelrey-cone@morganlewis.com
cc  dwarner@littler.com
bcc
Subject  AM New York litigation

History: 🗳 This message has been forwarded.

Ed/Christine/David:

As I just discussed with Christine, I understand that the notice of voluntary dismissal that I just submitted may have taken you by surprise. I definitely did not decide on that course of action before attending today's conference. As David pointed after the conference, the FLSA damages are quite small in comparison with the NY labor law claims, and the backpay under the FLSA is subsumed by the NYLL damages. Accordingly, I would rather devote my energy to recovering money owed my clients and the class under NYLL in state court. Please feel free to call me to discuss further.

Thanks.

Maimon

D. Maimon Kirschenbaum
Joseph & Herzfeld LLP
757 Third Avenue
25th Floor
Phone: (212) 688-5640
Fax: (212) 688-2548

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.