# EXHIBIT F

CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:03-cv-10061-JSR

Cooper et al v. J.P. Morgan Chase & Co.
Assigned to: Judge Jed S. Rakoff
Cause: 28:1331 Fed. Question: Other

Date Filed: 12/18/2003
Date Terminated: 05/14/2004
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Tracie Cooper**
*individually, and on behalf of all others similarly situated as class representatives*

represented by **Adam T Klein**
Outten & Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016
212 245-1000
Fax: 212 977-4005
Email: atk@outtengolden.com
*LEAD ATTORNEY*

**Plaintiff**

**Peter Gary McIntyre**
*individually, and on behalf of all others similarly situated as class representatives*

represented by **Adam T Klein**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Janee Peltier**
*individually, and on behalf of all others similarly situated as class representatives*

represented by **Adam T Klein**
(See above for address)

V.

**Defendant**

**J.P. Morgan Chase & Co.**

represented by **Carrie Anne Gonell**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Estreicher**
Morgan, Lewis and Bockius LLP (NY)

101 Park Avenue
New York, NY 10178
212-309-6000
Fax: 212-309-6273
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel S. Shaulson**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd A. Gutfleisch**
J.P. Morgan Chase Legal Department
1 Chase Manhattan Plaza, 26th Floor
New York, NY 10081
212-552-0913
Fax: 212-552-1630
Email: susan.mcnamara@chase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2003 | 1 | COMPLAINT against J.P. Morgan Chase & Co. (Filing Fee $ 150.00, Receipt Number 494713)Document filed by Tracie Cooper, Peter Gary McIntyre, Janee Peltier.(laq, ) (Entered: 12/30/2003) |
| 12/18/2003 |  | Magistrate Judge Andrew J. Peck is so designated. (laq, ) (Entered: 12/30/2003) |
| 12/18/2003 |  | SUMMONS ISSUED as to J.P. Morgan Chase & Co. (laq, ) (Entered: 12/30/2003) |
| 01/20/2004 | 2 | AFFIDAVIT OF SERVICE of Summons and Complaint. J.P. Morgan Chase & Co. served on 1/14/2004, answer due 2/3/2004. Service was accepted by Marjorie Joseph. Document filed by Tracie Cooper ; Peter Gary McIntyre ; Janee Peltier. (dle, ) (Entered: 01/23/2004) |
| 02/13/2004 | 3 | STIPULATION AND ORDER; that dft's time to answer, move, or otherwise respond to the Complaint is extended until 3/3/04. (Signed by Judge Alvin K. Hellerstein on 2/11/04) (pl, ) (Entered: 02/18/2004) |
| 02/13/2004 |  | Set Answer Due Date purs. to [3] Stipulation and Order as to J.P. Morgan Chase & Co. answer due on 3/3/2004. (pl, ) (Entered: 02/18/2004) |
| 03/03/2004 | 4 | STIPULATION AND ORDER that the defendant's time to answer, move or otherwise respond to the complaint is extended until 3/17/2004. |

| | | |
|---|---|---|
| | | (Signed by Judge Alvin K. Hellerstein on 3/3/2004) (jsa, ) (Entered: 03/05/2004) |
| 03/03/2004 | | Set Answer Due Date purs. to [4] Stipulation and Order as to J.P. Morgan Chase & Co. answer due on 3/17/2004. (jsa, ) (Entered: 03/05/2004) |
| 03/17/2004 | 5 | MOTION to Dismiss the Fair Labor Standards Act and NY Labor Law claims of plntfs Cooper and McIntyre and plntfs' pendent NY Labor Law class claim. Document filed by J.P. Morgan Chase & Co. (cd, ) (Entered: 03/22/2004) |
| 03/17/2004 | 6 | DECLARATION of Eamon Kelly in Support re: [5] MOTION to Dismiss. Document filed by J.P. Morgan Chase & Co.. (cd, ) (Entered: 03/22/2004) |
| 03/17/2004 | 7 | MEMORANDUM OF LAW in Support re: [5] MOTION to Dismiss. Document filed by J.P. Morgan Chase & Co.. (cd, ) (Entered: 03/22/2004) |
| 03/18/2004 | 8 | AMENDED NOTICE OF MOTION to Dismiss the Fair Labor Standards Act and NY Labor Law claims pltff Cooper and McIntyre and dismiss pltffs pendent NY Labor Law class claim. (nite dep. box). Document filed by J.P. Morgan Chase & Co.. (pa, ) (Entered: 03/22/2004) |
| 04/20/2004 | 9 | MEMORANDUM OF LAW in Opposition re: [8] MOTION to Dismiss. Document filed by Tracie Cooper, Peter Gary McIntyre, Janee Peltier. (cd, ) (Entered: 04/22/2004) |
| 04/20/2004 | 10 | EXHIBITS in Opposition to Deft's Motion to Dismiss. Document filed by Tracie Cooper, Peter Gary McIntyre, Janee Peltier.(cd, ) (Entered: 04/22/2004) |
| 04/26/2004 | 11 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Sam S. Shaulson dated 4/14/04 re: Counsel writes to request that the Court issue a decision as to whether or not these two cases are related so that the parties can proceed accordingly. IN the absence of a sufficient showing of relatedness, I decline at this point to accept 04cv978. (Signed by Judge Alvin K. Hellerstein on 4/22/04) (jco, ) (Entered: 04/27/2004) |
| 04/30/2004 | 12 | Memorandum of Law in support of plaintiffs' motion for a preliminary injunction. Proposed order to show cause attached. Document filed by Tracie Cooper, Peter Gary McIntyre, Janee Peltier. (dle, ) (Entered: 05/03/2004) |
| 04/30/2004 | 13 | DECLARATION of Justin M. Swartz in Support of plainitffs' order to show cause for a preliminary injunction. Document filed by Tracie Cooper, Peter Gary McIntyre, Janee Peltier, and Jennifer Fouyolle. (dle, ) (Entered: 05/03/2004) |
| 05/03/2004 | 14 | SUPPLEMENTED MEMORANDUM OF LAW in Support of Plaintiffs' Motion for a Preliminary Injunction. Document filed by Tracie Cooper, Peter Gary McIntyre, Janee Peltier. (sac, ) (Entered: 05/04/2004) |
| 05/03/2004 | 15 | DECLARATION of Tarik Ajami. Document filed by Tracie Cooper, |

| | | |
|---|---|---|
| | | Peter Gary McIntyre, Janee Peltier. (sac, ) (Entered: 05/04/2004) |
| 05/06/2004 | 17 | NOTICE OF CASE REASSIGNMENT to Judge Jed S. Rakoff. Judge Alvin K. Hellerstein no longer assigned to the case. (laq, ) (Entered: 05/10/2004) |
| 05/07/2004 | 16 | SECOND DECLARATION of Tarik Ajami in further support of order to show cause for a preliminary injunction. Document filed by Tracie Cooper, Peter Gary McIntyre, Janee Peltier. (dle, ) (Entered: 05/10/2004) |
| 05/10/2004 | | Mailed notice to the attorney(s) of record. (laq, ) (Entered: 05/10/2004) |
| 05/14/2004 | 18 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. (Signed by Judge Jed S. Rakoff on 5/13/04) (ml, ) (Entered: 05/17/2004) |