Edward Cerasia II
Christie Del Rey-Cone
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
212.309.6000

Attorneys for the Tribune Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

JAMES ALLEN, CHARLES EVANS, PEARL
EVANS, GARY GRANT, LORETTA GRANT,
BILL MCNAIR, and SEAN SERRAO on
behalf of themselves and others similarly
situated,

                Plaintiffs,

        -against-                              07-cv-4619 (JSR)

TRIBUNE NEW YORK NEWSPAPER              Document Electronically Filed
HOLDINGS, LLC d/b/a AM NEW YORK;
TRIBUNE COMPANY; MITCHELL'S
SUBSCRIPTION SERVICE LLS d/b/a LBN
CONSULTING, LLC; and MORNING
NEWSPAPER DELIVERY, INC.,

                Defendants.

-----------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Edward Cerasia II, Esq., and all of the papers and proceedings herein, defendants Tribune New York Newspaper Holdings, LLC d/b/a amNewYork and Tribune Company (collectively, the "Tribune Defendants"), through their undersigned counsel, will move this Court on August 28, 2007 for an order granting them attorneys' fees and costs, pursuant to Fed. R. Civ. P. 16(f) and the Court's inherent authority. Plaintiffs will respond to said motion,

through their counsel, on September 11, 2007, and the Tribune Defendants will file their reply papers on September 18, 2007. Oral argument will be heard by the Court on October 2, 2007, at 2:00 p.m.

Dated:  New York, New York
        August 28, 2007

                                        Respectfully submitted,

                                        MORGAN, LEWIS & BOCKIUS LLP

                                        By_____
                                             Edward Cerasia II
                                           Christie Del Rey-Cone

                                        Attorneys for the Tribune Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 28, 2007, I caused to be served a copy of the foregoing Notice of Motion of the Tribune Defendants' Motion for Attorneys' Fees and Costs, Pursuant to Fed. R. Civ. P. 16(f) and the Court's Inherent Authority by ECF and U.S. mail, postage prepaid, on the following counsel for plaintiffs:

> D. Maimon Kirschenbaum
> Joseph & Herzfeld LLP
> 757 Third Avenue, 25th Floor
> New York, New York 10017

*Christie Del Rey-Cone*
Christie Del Rey-Cone