# EXHIBIT B

CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00978-JSR

Fouyolle v. J.P. Morgan Chase & Co.
Assigned to: Judge Jed S. Rakoff
Cause: 29:201 Fair Labor Standards Act

Date Filed: 02/05/2004
Date Terminated: 05/18/2004
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Jennifer Fouyolle**
*individually, and on behalf of all others similarly situated as class representative*

represented by **Adam T Klein**
Outten & Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016
212 245-1000
Fax: 212 977-4005
Email: atk@outtengolden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Derek Braziel**
Edwards & George LLP
208 N. Market Street
Suite 400
Dallas, TX 75202
(214) 749-1400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack A. Raisner**
49 West 38th Street
New York, NY 10022
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Burch**
5847 San Felipe
Suite 3900
Houston, TX 77057
(713) 877-8788
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Gracie Ferguson

V.

**Defendant**

**J.P. Morgan Chase & Co.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2004 | 1 | CLASS ACTION COMPLAINT against J.P. Morgan Chase & Co. (Filing Fee $ 150.00, Receipt Number 498847)Document filed by Jennifer Fouyolle.(jjm, ) (Entered: 02/06/2004) |
| 02/05/2004 | | CASE REFERRED TO Judge Alvin K. Hellerstein as possibly related to 1:03-cv-10061. (jjm, ) (Entered: 02/06/2004) |
| 02/05/2004 | 2 | STATEMENT OF RELATEDNESS PURSUANT TO LOCAL RULE 1.6 re: that this action be filed as related to 03-cv-10061 (AKH). Document filed by Jennifer Fouyolle.(jjm, ) (Entered: 02/06/2004) |
| 02/05/2004 | | SUMMONS ISSUED as to J.P. Morgan Chase & Co. (jjm, ) (Entered: 02/06/2004) |
| 02/27/2004 | | CASE DECLINED AS NOT RELATED. Case referred as related to 1:03-cv-10061 and declined by Judge Alvin K. Hellerstein and returned to wheel for assignment. (laq, ) (Entered: 03/01/2004) |
| 02/27/2004 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Laura Taylor Swain. Judge Unassigned no longer assigned to the case. (laq, ) (Entered: 03/01/2004) |
| 02/27/2004 | | Magistrate Judge Ronald Ellis is so designated. (laq, ) (Entered: 03/01/2004) |
| 03/01/2004 | | Mailed notice to the attorney(s) of record. (laq, ) (Entered: 03/01/2004) |
| 04/16/2004 | 4 | PRETRIAL ORDER; pretrial conference set for 6/7/2004, at 2:00 p.m. before Judge Swain. (Signed by Judge Laura Taylor Swain on 4/16/2004) (jp, ) (Entered: 04/19/2004) |
| 04/16/2004 | | Set/Reset Hearings: Pretrial Conference set for 6/7/2004 02:00 PM before Judge Laura Taylor Swain. (jp, ) (Entered: 04/19/2004) |
| 04/30/2004 | 5 | MEMORANDUM OF LAW in Support of plaintiffs' motion for a preliminary injunction. Proposed order to show cause attached. Document filed by Jennifer Fouyolle, Tracie Cooper, Peter Gary McIntyre and Janee Peltier. (dle, ) (Entered: 05/03/2004) |
| 04/30/2004 | 6 | DECLARATION of Justin M. Swartz in Support of plaintiffs' order to show cause for a preliminary injunction. Document filed by Jennifer Fouyolle, Tracie Cooper, Peter Gary McIntyre and Janee Peltier. (dle, ) (Entered: 05/03/2004) |
| 05/03/2004 | 7 | SUPPLEMENTAL MEMORANDUM OF LAW in Support of Plaintiffs' |

|  |  | Motion for a Preliminary Injunction. Document filed by Jennifer Fouyolle. (sac, ) (Entered: 05/04/2004) |
| --- | --- | --- |
| 05/03/2004 | 8 | DECLARATION of Tarik Ajami. Document filed by Jennifer Fouyolle. (sac, ) (Entered: 05/04/2004) |
| 05/07/2004 |  | Second Declaration of Tarik Ajami in further support of order to show cause for a preliminary injunction. Original document filed in case #03cv10061, document #16. Document filed by Jennifer Fouyolle. (dle, ) (Entered: 05/10/2004) |
| 05/07/2004 | 9 | SECOND DECLARATION of Tarik Ajami in Support of Order to Show Cause for a Preliminary Injunction. Document filed by Jennifer Fouyolle. (cd, ) (Entered: 05/10/2004) |
| 05/10/2004 | 10 | CONSENT TO Be a Party Plaintiff under Fair Labor Standards Act 261(b). Document filed by Gracie Ferguson.(sac, ) (Entered: 05/11/2004) |
| 05/17/2004 | 11 | NOTICE OF CASE REASSIGNMENT to Judge Jed S. Rakoff. Judge Laura Taylor Swain no longer assigned to the case. (gf, ) (Entered: 05/18/2004) |
| 05/18/2004 |  | Mailed notice to the attorney(s) of record. (gf, ) (Entered: 05/18/2004) |
| 05/18/2004 | 12 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1)(i) of the F.R.C.P.without prejudice. (Signed by Judge Jed S. Rakoff on 5/13/2004) (jsa, ) (Entered: 05/18/2004) |