## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies and affirms under penalty of perjury that true and correct copies of Plaintiffs' Opposition to Defendant's Motion for Attorneys' Fees and Costs and attached declaration and appendix were served by first class U.S. mail, postage prepaid, this 21st day of September 2007 upon the following:

> Edward Cerasia II
> Morgan Lewis & Bockius LLP
> 101 Park Avenue
> New York, New York 10178
>
> David S. Warner
> Littler Mendelson
> 885 Third Avenue, 16th Floor
> New York, New York 10022

Dated: New York, New York
September 21, 2007

*[signature]*
Michael Palmer
Joseph & Herzfeld LLP
757 Third Avenue
25th Floor
New York, NY 10017
(212) 688-5640
(212) 688-2548 (fax)